IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT E. WALTER, | No. 4:17-CV-00906 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| JOHN E. WETZEL, et al., | |
| Defendants. | |

## ORDER

### JANUARY 31, 2019

On January 15, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation, to which no timely objections were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record.

Therefore, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's Report and Recommendation, ECF No. 25, is **ADOPTED IN ITS ENTIRETY**. Defendants' Motion to Dismiss, ECF No. 20, is **GRANTED**, and Plaintiff's Complaint, ECF No. 1, is **DISMISSED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge